UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-CR-20114-LEIBOWITZ/AUGUSTIN-BIRCH

UNITED STATES OF AMERICA,
*Plaintiff*,

v.

MARTIN ESHO,
*Defendant*.
___________________________________/

DEFENDANT'S WAIVER OF APPEARANCE AT ARRAIGNMENT

COMES NOW the Defendant, MARTIN ESHO, by and through undersigned counsel submits as follows:

Rule 10 of the Federal Rules of Criminal Procedure states in relevant part:

> (b) Waiving Appearance. A defendant need not be present for the arraignment if:
> (1) the defendant has been charged by indictment or misdemeanor information;
> (2) the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and
> (3) the court accepts the waiver.

The Defendant acknowledges that he has received a copy of the indictment [or information] and by his signature below waives formal reading of it and enters a plea of not guilty.

WHEREFORE, based on the foregoing, the Defendant respectfully requests this honorable Court to waive his appearance at his arraignment.

Respectfully submitted,

The Law Office of
ROBERT DAVID MALOVE, P.A.
200 SE 9th Street
Ft. Lauderdale, Florida 33316
e-filing@robertmalovelaw.com
Telephone: (954) 861-0384

By: */s/ Robert David Malove*
Robert David Malove, Esq.
FL. Bar No.: 407283

By: ____________________
MARTIN ESHO

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document was filed with this Court's CM/ECF system on the ____ day of March 2026, and that all parties were effectively served thereby.

*/s/ Robert David Malove*
Robert David Malove, Esq.